UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

GARY WAITERS,

        Petitioner,

    v.

Warden REYOND; Warden McKAY; Associate Warden WASHINGTON; and Major SEAWARD,

        Respondents.

No. C 10-5381 PJH (PR)

**ORDER OF TRANSFER**

This is a habeas case filed pro se by a state prisoner. Petitioner alleges that he was convicted in Ridgeland, South Carolina, and that he now is housed at Kershaw, South Carolina.

Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); this district is neither, but the district of South Carolina is both. This case therefore is **TRANSFERRED** to the United States District Court for the District of South Carolina. See 28 U.S.C. § 1406(a); Habeas L.R. 2254-3(b).

**IT IS SO ORDERED.**

Dated: December 20, 2010.

                                    PHYLLIS J. HAMILTON
                                    United States District Judge

P:\PRO-SE\PJH\HC.10\WAITERS5381.TRN.wpd